UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>   v.<br><br>ACCELERATED CONCRETE CUTTING, et al.<br><br>    Defendants.<br>_____/ | No. 3:13-cv-03036- LB<br><br>**ORDER** |

The court held a hearing on the motion for default judgment on October 8, 2015. The defendant Joyce Cotrone appeared and consented to the undersigned's jurisdiction. She provided the clerk with her current mailing address and email address, and the court will update the docket sheet to reflect that.

The court arranged the following process. Joyce Cotrone's daughter Rachel Cotrone provided more information to the plans this week. The plaintiffs will take two weeks to review it and thereafter will confer with Rachel Cotrone about the liability landscape on either Thursday, October

No. 3:13-cv-03036-LB
ORDER

22, 2015 or Friday, October 23, 2015. Thereafter, the plaintiffs will file an update with the court by Tuesday, October 27, 2015, by noon and email courtesy copies to Joyce Cotrone and Rachel Controne. The court sets a further case-management conference call for Thursday, October 29, 2015, at 1 p.m. The plaintiffs' counsel will email the number to everyone (including to the court at lbpo@cand.uscourts.gov).

The court also provided Ms. Cotrone with a copy of the district court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. The court also advised Ms. Cotrone that she could seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program. She may do so by calling 415-782-8982 or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, a party is able to speak with an attorney who may be able to provide basic legal help but not representation. A copy of the Legal Help Center's flyer is attached.

The court will mail and email a copy of this order to Joyce Cotrone and Rachel Cotrone at the addresses that they provided to the court.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
LAUREL BEELER
United States Magistrate Judge